UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Asian American Native Hawaiian And Pacific Islander For Equity Coalition,<br><br>Plaintiff,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State; et al.,<br><br>Defendants. | Case No.: CV-22-01381-PHX-SRB<br><br>**[PROPOSED] ORDER** |

Upon consideration of Plaintiff Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition's Motion for Preliminary Injunction (Dkt. __), associated briefing, and oral argument, the motion is **GRANTED**. This Court hereby **ORDERS** that, until the Court orders otherwise:

- Each Country Recorder Defendant, along with their officers, agents, employees, and all other persons in active concert or participation with them, is enjoined from implementing paragraphs A.10, G, H, I, J, K of A.R.S. § 16-165 as added by Section 2 of H.B. 2243;
- Defendant Secretary of State Katie Hobbs, along with her officers, agents, employees, and all other persons in active concert or participation with her, is enjoined from implementing paragraph F of A.R.S. § 16-165 as added by Section 2 of H.B. 2243;
- To the extent any Defendant caused any voter's registration to be cancelled pursuant to paragraphs A.10 and/or K of A.R.S. § 16-165 as added by Section 2 of H.B. 2243, such voter's registration shall be restored and directives shall be issued to take any measures to ensure that such voter will be enabled to vote in the November 2022 election just as they would have been prior to cancellation;
- To the extent any Defendant caused any notice to be sent to a registered voter pursuant paragraph A.10 of A.R.S. § 16-165 as added by Section 2 of H.B. 2243, such Defendant shall immediately notify such registered voter that it need not comply with the notice and that the registered voter will be able to vote in the November 2022 election.

**IT IS SO ORDERED.**

Dated this ___ day of __________________, 20__.

______________________________
Susan R. Bolton
United States District Judge