LATHAM & WATKINS LLP
Sadik Huseny (pro hac vice)
*sadik.huseny@lw.com*
Amit Makker (pro hac vice)
*amit.makker@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

ASIAN AMERICANS ADVANCING JUSTICE-AAJC
Niyati Shah (pro hac vice)
*nshah@advancingjustice-aajc.org*
Terry Ao Minnis (pro hac vice)*
*tminnis@advancingjustice-aajc.org*
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 296-2300
Facsimile: (202) 296-2318

SPENCER FANE
Andrew M. Federhar (No. 006567)
*afederhar@spencerfane.com*
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 333-5430
Facsimile: (602) 333-5431

*Attorneys for Plaintiff*
**Applications for pro hac vice forthcoming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Asian American Native Hawaiian And Pacific Islander For Equity Coalition,<br><br>Plaintiff,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State; et al.,<br><br>Defendants. | Case No.: CV-22-01381-PHX-SRB<br><br>**DECLARATION OF MATINIE TIWAMANGKALA IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Matinie ("May") Tiwamangkala, declare as follows:

1. I am currently the Democracy Defender Director for Plaintiff Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition ("AZ AANHPI for Equity Coalition"). I submit this declaration in support of AZ AANHPI for Equity Coalition's Motion for Preliminary Injunction. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would competently testify thereto under oath.

2. AZ AANHPI for Equity Coalition is an Arizona state-wide non-profit and non-partisan organization committed to the mission of improving the participation of marginalized communities in Arizona, with a particular focus on expanding representation and increasing civic engagement for the more than 357,000 Asian Americans, Native Hawaiians, and Pacific Islanders ("AANHPIs") in the state.

3. AZ AANHPI for Equity Coalition has eight full-time team members, one recently hired in the wake of the challenged laws so I can divert my time more fully to focus on the voting rights of Arizona AANHPIs. AZ AANHPI for Equity Coalition's constituents actively participate in its self-governance, including through its Civic Engagement Youth Fellowship program. AZ AANHPI for Equity Coalition believes that the youth are the drivers for real social change, and its Civic Engagement Youth Fellowship program seeks AANHPI high school and college students, many of whom are Arizona voters, to set AZ AANHPI for Equity Coalition's organizational agenda priorities and participate in leadership training.

4. AZ AANHPI for Equity Coalition strives for equity and justice on behalf of its constituents in the AANHPI community by building power through community directed organizing, increasing civic engagement, and empowering young leaders to participate in the decision-making process.

5. Civic engagement through voter education, registration, and mobilization is at the heart of AZ AANHPI for Equity Coalition's mission, and in the 2020 elections, I

understand that AZ AANHPI for Equity Coalition helped increase the AANHPI voter turnout in Arizona by 58% from the 2016 elections through a multi-pronged voter outreach approach, helping to mobilize both federal-only and full ballot voters.

6. AZ AANHPI for Equity Coalition advances its voter registration and mobilization goals through in-person canvassing, providing voter registration resources at community markets, disseminating educational literature to prospective voters through door-to-door canvassing, and text banking. To carry out its voter registration activities, AZ AANHPI for Equity Coalition employs one lead canvasser and a team of up to fifteen canvassers at a time. The team canvasses in districts with large AANHPI communities six days a week.

7. AZ AANHPI for Equity Coalition's civic engagement work also includes providing resources to guide AANHPI voters through the voter registration process, help them interpret registration forms, and ensure that they are in compliance with state and federal requirements, including information on voter eligibility, key dates, and deadlines for upcoming elections, and ensuring that voters' registration is up to date. AZ AANHPI for Equity Coalition also aims to spread its Democracy Pledge, which states, "No matter our color, background, or zip code, all Arizonans value our freedom to vote. We deserve practices that protect our access to the ballot and leaders who will protect our democracy." In signing the Democracy Pledge, voters show their support for policies that ensure that all Arizonans can cast a ballot. AZ AANHPI for Equity Coalition plans to continue its voter registration, voter mobilization, and civic engagement operations in the future beyond the 2022 elections.

8. H.B. 2243 will frustrate the animating organizational mission and purpose of AZ AANHPI for Equity Coalition by purging eligible voters and erecting barriers to re-registration—impediments that disenfranchise the very community whose interests AZ AANHPI for Equity Coalition seeks to advance. Based on my experience, because H.B. 2243 has already created fear and confusion with a threat of potential investigation and

the creation of an avenue for wrongful prosecution should a voter, suspected of being a non-citizen, be unable to provide the required documentary proof of citizenship ("DPOC") in the statutory thirty-five day "cure" period, the number of individuals seeking to register will decrease and registering voters will become more difficult. This frustrates AZ AANHPI for Equity Coalition's mission to increase civic engagement, voter participation, and voter registration. Furthermore, the voter removal procedures included in H.B. 2243 directly frustrate AZ AANHPI for Equity Coalition's mission of registering voters and increasing civic participation by purging voters from the registration rolls.

9. The DPOC requirement and voter purge imposed by H.B. 2243 have impeded AZ AANHPI for Equity Coalition's ability to conduct community-based voter registration and mobilization. AZ AANHPI for Equity Coalition will have to train its staff and volunteers on H.B. 2243 and educate potential voters, who often have limited English proficiency, on the additional documentation required to remain registered to vote. Further, AZ AANHPI for Equity Coalition's voter mobilization and education efforts will be more onerous and less effective as H.B. 2243 will remove more and more AANHPI voters, many of whom are naturalized U.S. citizens, from one or more elections (state, Congressional, or Presidential). I understand that as of 2020, over 61% of AANHPI Arizonans eligible to vote are naturalized U.S. citizens.

10. The effects of H.B. 2243, along with H.B. 2492, on AZ AANHPI for Equity Coalition's ability to meet voter registration goals affects its ability to fund its voter registration program. For example, in 2022, AZ AANHPI for Equity Coalition's voter registration program set an initial goal of collecting and submitting 5,000 completed voter registration forms. After H.B. 2492 was passed, however, the goal was reduced to 2,000. This goal reduction also resulted in AZ AANHPI for Equity Coalition losing approximately $50,000 of funding. Because of its chilling effect on would-be voters, H.B. 2243 will also affect AZ AANHPI for Equity Coalition's voter registration

efforts. If AZ AANHPI for Equity Coalition fails to meet its registration goal for the year, it may lose future funding for this program.

11. From my work with the AANHPI community, I have heard how upset the community is regarding H.B. 2243. The AANHPI community is very concerned about the possibility of being singled out based on having a name of AANHPI origin, or being foreign born, and losing voting rights and facing potential criminal prosecution because of it. AZ AANHPI for Equity Coalition has had to expend its limited resources to address this fear and anger in the AANHPI community.

12. Since H.B. 2243 was signed into law, AZ AANHPI for Equity Coalition has diverted staff time to understanding the law and its effects on the AANHPI community. Because H.B. 2243 has harmed and will continue to harm AZ AANHPI for Equity Coalition by lowering voter registration, AZ AANHPI for Equity Coalition has needed to and will continue to divert resources to help educate and assist voters about the new requirements in an effort to counteract this harm. As part of this effort, AZ AANHPI for Equity Coalition has drafted educational resources to distribute to the community to explain H.B. 2243's changes to the existing law and what those changes mean for the community. AZ AANHPI for Equity Coalition will also be required to expend resources updating training materials for its canvassers and youth fellows and re-training its canvassers. Moreover, while canvassing, canvassers will need to spend additional time to assuage fears and counteract the chilling effect created by H.B. 2243.

13. Currently, AZ AANHPI for Equity Coalition's entire staff is updating and revamping the process of voter registration, including for naturalized citizens, many of whom are AANHPI. Without the need to expend resources responding to H.B. 2243, AZ AANHPI for Equity Coalition could use its limited resources to reach out to more voters through its voter registration, mobilization, and participation efforts. However, AZ AANHPI for Equity Coalition will not be able to use its limited resources to fund other critical activities it otherwise would champion in order to address H.B. 2243. For

example, Plaintiff currently funds Island Liaison, Inc. ("Island Liaison"), which is a nonprofit committed to the mission of serving as a resource for educational and cultural enrichment as well as health and government services locally to the Pacific Islander community in Arizona. As part of providing accessibility assistance to government services, Island Liaison helps Pacific Islanders obtain DPOC from government agencies. However, this program will need to be expanded to help Asian Americans, Native Hawaiians, and naturalized communities as a result of H.B. 2243's DPOC requirement. Enabling this expansion necessarily means that fewer resources are available to allocate towards AZ AANHPI for Equity Coalition's other efforts and causes.

14. As AZ AANHPI for Equity Coalition's Democracy Defender Director, I am responsible for its legislative advocacy and voter registration work. As a result of the passage of H.B. 2243, along with H.B. 2492, I have been forced to devote more time on my voter registration work. For example, I had to re-train the team of canvassers to address the DPOC requirements in both laws and to ensure that applicants have the appropriate documentation to register, to remain registered, or to re-register, if wrongfully purged. I am also creating an online petition for the community to sign to show their opposition to these laws. This new outreach project will also help educate naturalized citizens who fear for their voting rights after the passage of H.B. 2492 and H.B. 2243.

15. AZ AANHPI for Equity Coalition will also need to expend resources ensuring that its constituents are not purged from the voter rolls as a result of H.B. 2243 and its threat of voter cancellation if voters suspected of being non-citizens cannot provide DPOC in time. AZ AANHPI for Equity Coalition will therefore need to develop new materials and educate voters to ensure that they are in fact registered and remain registered. As part of this effort, AZ AANHPI for Equity Coalition plans to create "Know Your Rights" cards and develop educational resources to ensure that applicants know what they need to satisfy the DPOC requirement. Creating these new materials,

educating already-registered voters and those who will register, and assisting voters in these situations will require AZ AANHPI for Equity Coalition to, at minimum, reallocate its staff and volunteer time. Moreover, to reach the AANHPI community, these materials will need to be translated into various languages—a costly expense to AZ AANHPI for Equity Coalition.

16. Additionally, AZ AANHPI for Equity Coalition will need to inform community members of H.B. 2243's investigation and prosecution provisions. As part of these education efforts, AZ AANHPI for Equity Coalition will also need to divert resources to counteract the chilling effect that such procedures will create and have on voters. This is especially so because AZ AANHPI for Equity Coalition's community includes naturalized citizens whose information in the databases listed in A.R.S. § 16-143(B) and A.R.S. § 16-165 is not likely to reflect their current citizenship status. To educate the community and combat the resulting chilling effect of H.B. 2243, AZ AANHPI for Equity Coalition will need to develop new materials and translate them into various languages. AZ AANHPI for Equity Coalition will thus continue to suffer injury as a direct result of H.B. 2243.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on August 25, 2022, in Tempe, Arizona.

By: [signature]
Matine Tiwamangkala