LATHAM & WATKINS LLP
Sadik Huseny (pro hac vice)
*sadik.huseny@lw.com*
Amit Makker (pro hac vice)
*amit.makker@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

ASIAN AMERICANS ADVANCING JUSTICE-AAJC
Niyati Shah (pro hac vice)
*nshah@advancingjustice-aajc.org*
Terry Ao Minnis (pro hac vice)*
*tminnis@advancingjustice-aajc.org*
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 296-2300
Facsimile: (202) 296-2318

SPENCER FANE
Andrew M. Federhar (No. 006567)
*afederhar@spencerfane.com*
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 333-5430
Facsimile: (602) 333-5431

*Attorneys for Plaintiff*
**Application for pro hac vice forthcoming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Asian American Native Hawaiian And Pacific Islander For Equity Coalition,<br><br>Plaintiff,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State; et al.,<br><br>Defendants. | Case No.: CV-22-01381-PHX-SRB<br><br>**DECLARATION OF AMIT MAKKER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Amit Makker, hereby declare:

1. I am an attorney with the law firm of Latham & Watkins LLP, counsel for Plaintiff Arizona Asian American Native Hawaiian And Pacific Islander For Equity Coalition ("Plaintiff" or "AZ AANHPI for Equity Coalition"), and I submit this declaration in support of its Motion for Preliminary Injunction in the above-captioned matter.

2. I have personal knowledge of the facts stated in this declaration and if called upon to do so, I could and would testify competently thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of the June 18, 2018 Consent Decree from *League of United Latin American Citizens of Arizona v. Reagan*, No. 2:17-cv-04102 (D. Ariz., Jun. 18, 2018) (Dkt. No. 37).

4. Attached hereto as Exhibit 2 is a true and correct copy of Arizona House Bill 2492, Chapter 99 of the Session Laws from the Fifty-fifth Legislature Second Regular Session 2022.

5. Exhibit 3 is the video of the February 22, 2022 meeting of the Arizona House Committee on Rules, available at https://www.azleg.gov/videoplayer/?clientID=6361162879&eventID=2022021121. The referenced section of the meeting can be found starting at approximately 7 minutes and 19 seconds into the video.

6. Attached hereto as Exhibit 4 is a true and correct copy of a March 26, 2022 article from the Daily Independent titled "GOP lawmakers seek to reopen legal voting issue," available at https://www.yourvalley.net/stories/gop-lawmakers-seek-to-reopen-legal-voting-issue,293949 (last accessed August 24, 2022).

7. Attached hereto as Exhibit 5 is a true and correct copy of Governor Ducey's March 30, 2022 signing letter regarding H.B. 2492, available at https://azgovernor.gov/sites/default/files/hb2492_signing_letter.pdf (last accessed August 24, 2022).

8. Attached hereto as Exhibit 6 is a true and correct copy of an article from CNN dated December 1, 2020 titled "How one Trump-loving governor totally shut down the President's voter fraud claims," available at https://www.cnn.com/2020/12/01/politics/doug-ducey-donald-trump-arizona-voter-fraud-claims/index.html (last accessed August 24, 2022).

9. Attached hereto as Exhibit 7 is a true and correct copy of a September 23, 2021 article from the Arizona Mirror titled "Arizona 'audit' finds Biden won (by more votes) and no evidence of fraud," available at https://www.azmirror.com/2021/09/23/arizona-audit-finds-biden-won-by-more-votes-and-no-evidence-of-fraud/ (last accessed August 24, 2022).

10. Attached hereto as Exhibit 8 is a true and correct copy of a January 25, 2022 post from the Arizona Free Enterprise Club website titled "The Proliferation of the 'Federal Only Voter' List: How Arizona Ended up with 11,600 Voters in 2020 Who Have Never Proven Their Citizenship," available at https://azfree.org/blog/2022/01/25/the-proliferation-of-the-federal-only-voter-list-how-arizona-ended-up-with-11600-voters-in-2020-who-have-never-proven-their-citizenship/ (last accessed August 24, 2022).

11. Attached hereto as Exhibit 9 is a true and correct copy of a February 8, 2022 post from the Arizona Free Enterprise Club website titled "How More Illegals Started Voting in AZ Elections and How House Bill 2492 Is Going to Fix It," available at https://azfree.org/blog/2022/02/08/how-more-illegals-started-voting-in-az-elections-and-how-house-bill-2492-is-going-to-fix-it/ (last accessed August 24, 2022).

12. Attached hereto as Exhibit 10 is a true and correct copy of an August 1, 2022 letter from Arizona Attorney General Mark Brnovich to Karen Fann, President of the Arizona State Senate with the subject line "RE: Status of Deceased Voter Allegations – November 3, 2020 General Election," available at https://www.azag.gov/sites/default/files/2022-08/Letter%20to%20Fann%20-%20EIU%20Update%20080122.pdf (last accessed August 24, 2022).

13. Attached hereto as Exhibit 11 is a true and correct copy of the listing of General Effective Dates from the Arizona State Legislature website, indicating that the general effective date for all bills passed during Arizona's 55th legislative session is September 24, 2022, available at https://www.azleg.gov/general-effective-dates/ (last accessed August 24, 2022).

14. Attached hereto as Exhibit 12 is a true and correct copy of Arizona Senate Bill 1638, Chapter 174 of the Session Laws from the Fifty-fifth Legislature Second Regular Session 2022.

15. Exhibit 13 is the video of the February 9, 2022 meeting of the Arizona House Committee on Government & Elections, available at https://www.azleg.gov/videoplayer/?clientID=6361162879&eventID=2022021045 (last accessed August 24, 2022). The referenced section of the meeting can be found starting at approximately 2 hours and 58 minutes into the video.

16. Attached hereto as Exhibit 14 is a true and correct copy of the Senate Engrossed Arizona House Bill 2617.

17. Attached hereto as Exhibit 15 is a true and correct copy of a July 14, 2022 article from the Arizona Mirror titled "Voting advocates fear new law could disenfranchise some naturalized citizens," available at https://azmirror.com/2022/07/14/voting-advocates-fear-new-law-could-disenfranchise-some-naturalized-citizens/ (last accessed August 24, 2022).

18. Attached hereto as Exhibit 16 is a true and correct copy of a March 30, 2022 article from the Phoenix New Times titled "'Extreme' Arizona Elections Bills Inching Closer to Law," available at https://www.phoenixnewtimes.com/news/extreme-arizona-elections-bills-inching-closer-to-law-13323436 (last accessed August 24, 2022).

19. Attached hereto as Exhibit 17 is a true and correct copy of a May 29, 2022 article from the Daily Independent titled "Scottsdale lawmaker calls election bill veto 'shocking'," available at https://yourvalley.net/stories/governor-vetoes-elections-bill-sponsored-by-scottsdale-gop-lawmaker,305404 (last accessed August 24, 2022).

20. Attached hereto as Exhibit 18 is a true and correct copy of Governor Ducey's May 27, 2022 letter regarding his veto of H.B. 2617, available at https://www.azleg.gov/govlettr/55leg/2r/hb2617.pdf (last accessed August 24, 2022).

21. Attached hereto as Exhibit 19 is a true and correct copy of a screenshot of tweets dated May 27, 2022 by the Arizona Free Enterprise Club Twitter account (@azfec) (last accessed August 25, 2022).

22. Exhibit 20 is the video of the June 22, 2022 floor session of the Arizona Senate, available at https://www.azleg.gov/videoplayer/?eventID=2022061052&startStreamAt=2847 (last accessed August 24, 2022). The referenced section of the meeting can be found starting at approximately 48 minutes and 5 seconds into the video.

23. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the U.S. House of Representatives, Committee on House Administration, Subcommittee on Elections, Report on Voting in America: Ensuring Free and Fair Access to the Ballot (July 2021), available at https://cha.house.gov/sites/democrats.cha.house.gov/files/2021_Voting%20in%20America_v5_web.pdf (last accessed August 24, 2022).

24. Attached hereto as Exhibit 22 is a true and correct copy of a Politifact article dated October 13, 2013, evaluating the League of Women Voters of Florida's statement that "The U.S. Department of Homeland Security warned that the SAVE 'database is not a foolproof means of verifying (citizenship on) the voter rolls'" as "True," available at https://www.politifact.com/factchecks/2013/oct/30/league-women-voters-florida/league-women-voters-says-homeland-security-warned-/ (last accessed August 24, 2022).

25. Attached hereto as Exhibit 23 is a true and correct copy of Arizona House Bill 2243, Chapter 370 of the Session Laws from the Fifty-fifth Legislature Second Regular Session 2022.

26. Attached hereto as Exhibit 24 is a true and correct copy of an August 19, 2022 email from Bo Dul, counsel for Defendant Secretary of State Katie Hobbs in this action, responding to my August 18, 2022 email.

27. Attached hereto as Exhibit 25 is a true and correct copy of a listing of the Table of Sections Affected for the 55th Legislature 2nd Regular (2022) from the Arizona Legislative Council, available at https://www.azleg.gov/alisPDFs/council/TOSA_55th_2nd_Regular.pdf (last accessed August 24, 2022). Page 11 of Exhibit 25 indicates that A.R.S. § 16-165, as amended by H.B. 2243 (Chapter 370) § 2, has the General Effective Date.

28. Attached hereto as Exhibit 26 is a true and correct copy of a listing of the Arizona State Senate Amended Fact Sheet for H.B. 2243, dated June 22, 2022, available at https://www.azleg.gov/legtext/55leg/2R/summary/S.2243GOV_ASPASSEDCOW.pdf (last accessed August 24, 2022). Page 4 of Exhibit 26 states that H.B. 2243 "[b]ecomes effective on the general effective date."

29. Attached hereto as Exhibit 27 is a true and correct copy of a listing of 2022 delayed effective dates for session laws from the Arizona Legislative Council, available at https://www.azleg.gov/alisPDFs/council/2022_Delayed_effective_dates.pdf (last accessed August 24, 2022). H.B. 2243 § 2 amends A.R.S. § 16-165, which does not appear anywhere in Exhibit 27, indicating that there is no delayed effective date for H.B. 2243 § 2.

30. Attached hereto as Exhibit 28 is a true and correct copy of the B05003D data table, "Sex by Age by Nativity and Citizenship Status (Asian Alone)," filtered to Arizona, downloaded from data.census.gov.

31. Attached hereto as Exhibit 29 is a true and correct copy of the B05003E data table, "Sex by Age by Nativity and Citizenship Status (Native Hawaiian and Other Pacific Islander Alone)," filtered to Arizona, downloaded from data.census.gov. The data in Exhibit 28 and Exhibit 29 can be used to calculate the percentage of naturalized individuals over the age of 18 in these two communities.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I executed this declaration on August 25, 2022, in Oakland, California.

By ______________________
Amit Makker