# Index of Exhibits

| Exhibit | Description |
|---|---|
| 1. | 8/10/2022 J. Steinbach email to C. Robertson |
| 2. | 8/10/2022 J. Steinbach email to J. Pike |
| 3. | 8/11/2022 C. Roberts reply email to J. Steinbach |
| 4. | 8/11/2022 J. La Rue reply email to J. Steinbach |
| 5. | 8/11/2022 D. Jurkowitz reply email to J. Steinbach |
| 6. | 8/11/2022 K. Hunley reply email to J. Steinbach |
| 7. | 8/12/2022 J. Roof reply email to J. Steinbach |
| 8. | 8/12/2022 W. Kerekes reply email to J. Steinbach |
| 9. | 8/18/2022 J. Steinbach email to J. Ford |
| 10. | 8/18/2022 J. Ford reply email to J. Steinbach |
| 11. | 8/18/2022 R. Esplin email to J. Steinbach |
| 12. | 8/23/2022 J. Steinbach email to C. Robertson |
| 13. | 8/23/2022 J. La Rue reply email to J. Steinbach |
| 14. | 8/23/2022 J. Dalton reply email to J. Steinbach |
| 15. | 8/23/2022 J. Moore reply email to J. Steinbach |
| 16. | 8/23/2022 C. Connor reply email to J. Steinbach |
| 17. | 8/23/2022 R. Esplin reply email to J. Steinbach |
| 18. | 8/23/2022 L. Roubicek reply email to J. Steinbach |
| 19. | 8/23/2022 D. Jurkowitz reply email to J. Steinbach |
| 20. | 8/23/2022 J. Roof reply email to J. Steinbach |
| 21. | 8/24/2022 W. Kerekes reply email to J. Steinbach |
| 22. | 8/24/2022 P. Correa reply email to J. Steinbach |

| | |
|---|---|
| **23.** | **Summary of Recorder Defendant Written Positions** |

# EXHIBIT 1

**From:** Steinbach, John (Bay Area)
**To:** crobertson@apachelaw.net
**Cc:** Niyati Shah; Terry Ao Minnis; Huseny, Sadik (Bay Area); Makker, Amit (Bay Area)
**Subject:** Arizona H.B. 2492 and 2243
**Date:** Wednesday, August 10, 2022 7:11:01 PM

Ms. Robertson,

We write in connection with various actions challenging Arizona laws H.B. 2492 and H.B. 2243 that have been related and are proceeding under Case No. 2:22-cv-00509-SMB in the District of Arizona. We understand you represent county recorder Larry Noble, who has been named as a defendant in *Mi Familia Vota et al v. Hobbs et al.*, No. 2:22-cv-00509-SMB.

We represent current non-party Arizona Asian American Native Hawaiian and Pacific Island for Equity Coalition. We have issued a letter to the Arizona Secretary of State challenging the legality of H.B. 2492 and H.B. 2243, and given the stated position of Arizona state officials in the course of similar proceedings, expect we will be required to file a complaint in this matter to ensure there is no violation of law.

Prior to doing so, we would like to understand Mr. Noble's position on various aspects of the two new laws—particularly the question of whether and when, in connection with the passage of H.B. 2243, Mr. Noble is (1) currently implementing or planning to shortly implement any changes to their procedures or effectuate any new procedures or actions, and/or (2) planning any such changes/new procedures or actions upon the general effective date of bills passed during the Fifty-fifth Legislature (September 24, 2022).

We are concerned that there is some urgency to this matter, and would be grateful if you would respond by Friday, August 12. If you prefer, we are available to discuss these issues via telephone or video conference at any point, and at your convenience.

Many thanks in advance. We look forward to hearing from you.

Best,

----John

**John H. Steinbach**
(***he/him/his***)

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8069
Fax: +1.415.395.8095
Email: john.steinbach@lw.com
https://www.lw.com

# EXHIBIT 2

| | |
|---|---|
| **From:** | Steinbach, John (Bay Area) |
| **To:** | james.pike@navajocountyaz.gov |
| **Cc:** | Niyati Shah; Terry Ao Minnis; Huseny, Sadik (Bay Area); Makker, Amit (Bay Area) |
| **Subject:** | Arizona H.B. 2492 and 2243 |
| **Date:** | Wednesday, August 10, 2022 9:33:54 PM |

Mr. Pike,

We write in connection with various actions challenging Arizona laws H.B. 2492 and H.B. 2243 that have been related and are proceeding under Case No. 2:22-cv-00509-SMB in the District of Arizona. We understand your office may represent county recorder Michael Sample, who has been named as a defendant in *Mi Familia Vota et al. v. Hobbs et al.*, No. 2:22-cv-00509-SMB. If you do not represent Mr. Sample, please let us know how we can contact him or his representation.

We represent current non-party Arizona Asian American Native Hawaiian and Pacific Island for Equity Coalition. We have issued a letter to the Arizona Secretary of State challenging the legality of H.B. 2492 and H.B. 2243, and given the stated position of Arizona state officials in the course of similar proceedings, expect we will be required to file a complaint in this matter to ensure there is no violation of law.

Prior to doing so, we would like to understand Mr. Sample's position on various aspects of the two new laws—particularly the question of whether and when, in connection with the passage of H.B. 2243, Mr. Sample is (1) currently implementing or planning to shortly implement any changes to their procedures or effectuate any new procedures or actions, and/or (2) planning any such changes/new procedures or actions upon the general effective date of bills passed during the Fifty-fifth Legislature (September 24, 2022).

We are concerned that there is some urgency to this matter, and would be grateful if you would respond by Friday, August 12. If you prefer, we are available to discuss these issues via telephone or video conference at any point, and at your convenience.

Many thanks in advance. We look forward to hearing from you.

Best,

----John

**John H. Steinbach**
**(*he/him/his*)**

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8069
Fax: +1.415.395.8095
Email: john.steinbach@lw.com
https://www.lw.com

# EXHIBIT 3

**From:** Roberts, Christine
**To:** Steinbach, John (Bay Area)
**Cc:** nshah@advancingjustice-aajc.org; tminnis@advancingjustice-aajc.org; Huseny, Sadik (Bay Area); Makker, Amit (Bay Area); Correa, Paul
**Subject:** RE: Arizona H.B. 2492 and 2243
**Date:** Thursday, August 11, 2022 1:26:19 PM

Mr. Steinbach,

Cochise County Recorder Stevens is a nominal, results-only defendant in these lawsuits. I suspect that there will be a motion for preliminary injunction filed, which if granted would preserve the *status quo*. If not, the challenged law will take effect in September, as you have noted in your email. If so, the Recorder Stevens will follow the law. Similarly, if a motion for preliminary injunction is granted, Recorder Stevens will follow the Court's order.

Best regards,

**Christine J. Roberts, Esq., MBA, CPCU**
Chief Civil Deputy
Cochise County Attorney's Office
Civil Division
100 Higgins Hill
P.O. Drawer CA
Bisbee, Arizona 85603
(520) 432-8754 Direct
(520) 432-8700 Main
(520) 432-8778 Fax

***Public Programs . . . Personal Service***
www.cochise.az.gov

---

**From:** John.Steinbach@lw.com <John.Steinbach@lw.com>
**Sent:** Wednesday, August 10, 2022 7:11 PM
**To:** Roberts, Christine <CRoberts@cochise.az.gov>
**Cc:** nshah@advancingjustice-aajc.org; tminnis@advancingjustice-aajc.org; Sadik.Huseny@lw.com; Amit.Makker@lw.com
**Subject:** Arizona H.B. 2492 and 2243

**CAUTION:** EXTERNAL EMAIL*

Ms. Roberts,

We write in connection with various actions challenging Arizona laws H.B. 2492 and H.B. 2243 that have been related and are proceeding under Case No. 2:22-cv-00509-SMB in the District of Arizona. We understand you represent county recorder David W. Stevens, who has been named as a defendant in *Mi Familia Vota et al v. Hobbs et al.*, No. 2:22-cv-00509-SMB.

We represent current non-party Arizona Asian American Native Hawaiian and Pacific Island for Equity Coalition. We have issued a letter to the Arizona Secretary of State challenging the legality of H.B. 2492 and H.B. 2243, and given the stated position of Arizona state officials in the course of similar proceedings, expect we will be required to file a complaint in this matter to ensure there is no violation of law.

Prior to doing so, we would like to understand Mr. Stevens's position on various aspects of the two new laws—particularly the question of whether and when, in connection with the passage of H.B. 2243, Mr. Stevens is (1) currently implementing or planning to shortly implement any changes to their procedures or effectuate any new procedures or actions, and/or (2) planning any such changes/new procedures or actions upon the general effective date of bills passed during the Fifty-fifth Legislature (September 24, 2022).

We are concerned that there is some urgency to this matter, and would be grateful if you would respond by Friday, August 12. If you prefer, we are available to discuss these issues via telephone or video conference at any point, and at your convenience.

Many thanks in advance. We look forward to hearing from you.

Best,

----John

**John H. Steinbach**
**(*he/him/his*)**

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8069
Fax: +1.415.395.8095
Email: john.steinbach@lw.com
https://www.lw.com

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

This E-mail is from an **EXTERNAL** address. DO NOT click on links or open attachments unless you trust the sender and know the content is safe. If you suspect this message to be phishing, please report it using the Phish Alert Button at the top of the email, or forward to cochise.az.gov@missedspam.com or contact IT support at 520-432-8301.

# EXHIBIT 4

**From:** Joseph La Rue
**To:** Steinbach, John (Bay Area); Anna Critz
**Cc:** nshah@advancingjustice-aajc.org; tminnis@advancingjustice-aajc.org; Huseny, Sadik (Bay Area); Makker, Amit (Bay Area); Joseph La Rue
**Subject:** RE: Arizona H.B. 2492 and 2243
**Date:** Thursday, August 11, 2022 9:35:49 AM
**Attachments:** image001.png
image002.png
image003.png
image004.png

---

Mr. Steinbach,

Recorder Richer is a nominal, results-only defendant in these lawsuits. I suspect that there will be a motion for preliminary injunction filed, which if granted would preserve the status quo. If not, the challenged law will take effect in September as you noted in your email. If so, the Recorder will follow the law, as he always does. Similarly, if a motion for preliminary injunction is granted, the Recorder will follow the court's order, as he always does.

Sincerely,

Joe

______________________________________________

***Joseph E. La Rue***
Election Law Team Leader

Email: laruej@mcao.maricopa.gov
Phone: (602) 506-6171 (Direct)
Phone: (602) 686-3099 (Cell)

Maricopa County Attorney's Office
225 West Madison St.
Phoenix, Arizona 85003
http://www.maricopacountyattorney.org

**CONFIDENTIALITY NOTICE:** This email may be protected by the attorney-client privilege or the attorney work-product doctrine. If you are not the intended recipient, please delete all copies of the transmission and notify the sender immediately.

---

**From:** John.Steinbach@lw.com <John.Steinbach@lw.com>
**Sent:** Wednesday, August 10, 2022 8:51 PM
**To:** Anna Critz <critza@mcao.maricopa.gov>; Joseph La Rue <laruej@mcao.maricopa.gov>
**Cc:** nshah@advancingjustice-aajc.org; tminnis@advancingjustice-aajc.org; Sadik.Huseny@lw.com; Amit.Makker@lw.com
**Subject:** Arizona H.B. 2492 and 2243

Ms. Critz and Mr. LaRue,

We write in connection with various actions challenging Arizona laws H.B. 2492 and H.B. 2243 that have been related and are proceeding under Case No. 2:22-cv-00509-SMB in the District of Arizona. We understand you represent county recorder Stephen Richer, who has been named as a defendant in *Mi*

*Familia Vota et al. v. Hobbs et al.*, No. 2:22-cv-00509-SMB, and *Poder Latinx v. Hobbs et al.*, No. 2:22-cv-01003-SRB.

We represent current non-party Arizona Asian American Native Hawaiian and Pacific Island for Equity Coalition. We have issued a letter to the Arizona Secretary of State challenging the legality of H.B. 2492 and H.B. 2243, and given the stated position of Arizona state officials in the course of similar proceedings, expect we will be required to file a complaint in this matter to ensure there is no violation of law.

Prior to doing so, we would like to understand Mr. Richer's position on various aspects of the two new laws—particularly the question of whether and when, in connection with the passage of H.B. 2243, Mr. Richer is (1) currently implementing or planning to shortly implement any changes to their procedures or effectuate any new procedures or actions, and/or (2) planning any such changes/new procedures or actions upon the general effective date of bills passed during the Fifty-fifth Legislature (September 24, 2022).

We are concerned that there is some urgency to this matter, and would be grateful if you would respond by Friday, August 12. If you prefer, we are available to discuss these issues via telephone or video conference at any point, and at your convenience.

Many thanks in advance. We look forward to hearing from you.

Best,

----John

**John H. Steinbach**
**(*he/him/his*)**

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8069
Fax: +1.415.395.8095
Email: john.steinbach@lw.com
https://www.lw.com

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

# EXHIBIT 5

**From:** Daniel Jurkowitz
**To:** Steinbach, John (Bay Area)
**Cc:** nshah@advancingjustice-aajc.org; tminnis@advancingjustice-aajc.org; Huseny, Sadik (Bay Area); Makker, Amit (Bay Area)
**Subject:** RE: Arizona H.B. 2492 and 2243
**Date:** Thursday, August 11, 2022 2:15:31 PM

---

Mr. Steinbach,
The Pima County Recorder is a nominal party in the lawsuit and is not taking a position on the merits.
She will comply with whatever orders are issued by the Court.
Thanks, Dan

Daniel Jurkowitz
Bureau Supervising Attorney
Pima County Attorney's Office, Civil Division
32 N. Stone #2100
Tucson, AZ 85701
(520) 724-5700

---

**From:** John.Steinbach@lw.com <John.Steinbach@lw.com>
**Sent:** Wednesday, August 10, 2022 7:13 PM
**To:** Daniel Jurkowitz <Daniel.Jurkowitz@pcao.pima.gov>
**Cc:** nshah@advancingjustice-aajc.org; tminnis@advancingjustice-aajc.org; Sadik.Huseny@lw.com; Amit.Makker@lw.com
**Subject:** Arizona H.B. 2492 and 2243

Mr. Jurkowitz,

We write in connection with various actions challenging Arizona laws H.B. 2492 and H.B. 2243 that have been related and are proceeding under Case No. 2:22-cv-00509-SMB in the District of Arizona. We understand you represent county recorder Gabriella Cázares-Kelly, who has been named as a defendant in *Mi Familia Vota et al v. Hobbs et al.*, No. 2:22-cv-00509-SMB.

We represent current non-party Arizona Asian American Native Hawaiian and Pacific Island for Equity Coalition. We have issued a letter to the Arizona Secretary of State challenging the legality of H.B. 2492 and H.B. 2243, and given the stated position of Arizona state officials in the course of similar proceedings, expect we will be required to file a complaint in this matter to ensure there is no violation of law.

Prior to doing so, we would like to understand Ms. Cázares-Kelly's position on various aspects of the two new laws—particularly the question of whether and when, in connection with the passage of H.B. 2243, Ms. Cázares-Kelly is (1) currently implementing or planning to shortly implement any changes to their procedures or effectuate any new procedures or actions, and/or (2) planning any such changes/new procedures or actions upon the general effective date of bills passed during the Fifty-fifth Legislature (September 24, 2022).

We are concerned that there is some urgency to this matter, and would be grateful if you would respond by Friday, August 12. If you prefer, we are available to discuss these issues via telephone or video conference at any point, and at your convenience.

Many thanks in advance. We look forward to hearing from you.

Best,

----John

**John H. Steinbach**
(***he/him/his***)

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8069
Fax: +1.415.395.8095
Email: john.steinbach@lw.com
https://www.lw.com

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

---

This message has been prepared and sent on resources owned by Pima County, Arizona. It is subject to the Computer Use Policy of the Pima County Attorney's Office, as well as the computer and electronic mail policies of Pima County and the Pima County Board of Supervisors.

# EXHIBIT 6

**From:** Kim Hunley
**To:** Steinbach, John (Bay Area)
**Cc:** nshah@advancingjustice-aajc.org; tminnis@advancingjustice-aajc.org; Huseny, Sadik (Bay Area); Makker, Amit (Bay Area)
**Subject:** RE: Arizona H.B. 2492 and 2243
**Date:** Thursday, August 11, 2022 1:53:56 PM
**Attachments:** image001.jpg

Mr. Steinbach –

Thank you for your email.

Like the other Recorders, Recorder Sainz is a nominal, results-only defendant in these lawsuits. I anticipate the filing of a motion for preliminary injunction. If that occurs, no changes will occur and the Recorder will follow the court's order, as she always does.

If a preliminary injunction is not ordered, as you note in your email, the challenged law would go into effect. If so, the Recorder will follow the law, as she always does.

Kind regards,

*Kimberly J. Hunley*
Chief Deputy

Santa Cruz County Attorney's Office
2150 N. Congress Dr., Suite 201
Nogales, AZ 85621
520-375-7780

**From:** John.Steinbach@lw.com <John.Steinbach@lw.com>
**Sent:** Wednesday, August 10, 2022 7:13 PM
**To:** Kim Hunley <khunley@santacruzcountyaz.gov>
**Cc:** nshah@advancingjustice-aajc.org; tminnis@advancingjustice-aajc.org; Sadik.Huseny@lw.com; Amit.Makker@lw.com
**Subject:** Arizona H.B. 2492 and 2243

Ms. Hunley,

We write in connection with various actions challenging Arizona laws H.B. 2492 and H.B. 2243 that have been related and are proceeding under Case No. 2:22-cv-00509-SMB in the District of Arizona. We understand you represent county recorder Suzanne Sainz, who has been named as a defendant in *Mi Familia Vota et al v. Hobbs et al.*, No. 2:22-cv-00509-SMB.

We represent current non-party Arizona Asian American Native Hawaiian and Pacific Island for

Equity Coalition. We have issued a letter to the Arizona Secretary of State challenging the legality of H.B. 2492 and H.B. 2243, and given the stated position of Arizona state officials in the course of similar proceedings, expect we will be required to file a complaint in this matter to ensure there is no violation of law.

Prior to doing so, we would like to understand Ms. Sainz's position on various aspects of the two new laws—particularly the question of whether and when, in connection with the passage of H.B. 2243, Ms. Sainz is (1) currently implementing or planning to shortly implement any changes to their procedures or effectuate any new procedures or actions, and/or (2) planning any such changes/new procedures or actions upon the general effective date of bills passed during the Fifty-fifth Legislature (September 24, 2022).

We are concerned that there is some urgency to this matter, and would be grateful if you would respond by Friday, August 12. If you prefer, we are available to discuss these issues via telephone or video conference at any point, and at your convenience.

Many thanks in advance. We look forward to hearing from you.

Best,

----John

**John H. Steinbach**
**(*he/him/his*)**

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8069
Fax: +1.415.395.8095
Email: john.steinbach@lw.com
https://www.lw.com

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

# EXHIBIT 7

**From:** Jean Roof
**To:** Steinbach, John (Bay Area)
**Cc:** nshah@advancingjustice-aajc.org; tminnis@advancingjustice-aajc.org; Huseny, Sadik (Bay Area); Makker, Amit (Bay Area); Scott Bennett
**Subject:** RE: Arizona H.B. 2492 and 2243
**Date:** Friday, August 12, 2022 3:04:56 PM

---

Mr. Steinbach:

Ms. John is a nominal, results-only defendant in the lawsuit. If a motion for preliminary injunction seeking to preserve the status quo is filed and granted, Ms. John will follow the court's order. Absent such an order, the challenged law will take effect in September, and Ms. John will follow the law.

Sincerely,

Jean A. Roof
Chief Civil Deputy County Attorney
Graham County Attorney's Office
800 Main Street
Safford, AZ 85546
Direct Line: 928-792-5178

Confidentiality Footer: Privileged/confidential information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message to anyone. In such case, you should destroy this message, and kindly notify the sender by reply email.

---

**From:** John.Steinbach@lw.com <John.Steinbach@lw.com>
**Sent:** Wednesday, August 10, 2022 7:12 PM
**To:** Jean Roof <JRoof@graham.az.gov>
**Cc:** nshah@advancingjustice-aajc.org; tminnis@advancingjustice-aajc.org; Sadik.Huseny@lw.com; Amit.Makker@lw.com
**Subject:** Arizona H.B. 2492 and 2243

**CAUTION This email originated from outside of the organization.**

Ms. Roof,

We write in connection with various actions challenging Arizona laws H.B. 2492 and H.B. 2243 that have been related and are proceeding under Case No. 2:22-cv-00509-SMB in the District of Arizona. We understand you represent county recorder Wendy John, who has been named as a defendant in *Mi Familia Vota et al v. Hobbs et al.*, No. 2:22-cv-00509-SMB.

We represent current non-party Arizona Asian American Native Hawaiian and Pacific Island for Equity Coalition. We have issued a letter to the Arizona Secretary of State challenging the legality of H.B. 2492 and H.B. 2243, and given the stated position of Arizona state officials in the course of similar proceedings, expect we will be required to file a complaint in this matter to ensure there is no violation of law.

Prior to doing so, we would like to understand Ms. John's position on various aspects of the two new laws—particularly the question of whether and when, in connection with the passage of H.B. 2243, Ms. John is (1) currently implementing or planning to shortly implement any changes to their procedures or effectuate any new procedures or actions, and/or (2) planning any such changes/new procedures or actions upon the general effective date of bills passed during the Fifty-fifth Legislature (September 24, 2022).

We are concerned that there is some urgency to this matter, and would be grateful if you would respond by Friday, August 12. If you prefer, we are available to discuss these issues via telephone or video conference at any point, and at your convenience.

Many thanks in advance. We look forward to hearing from you.

Best,

----John

**John H. Steinbach**
**(*he/him/his*)**

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8069
Fax: +1.415.395.8095
Email: john.steinbach@lw.com
https://www.lw.com

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

# EXHIBIT 8

**From:** Bill Kerekes
**To:** Steinbach, John (Bay Area)
**Subject:** RE: Arizona H.B. 2492 and 2243
**Date:** Friday, August 12, 2022 2:37:16 PM

Mr. Steinbach,

Richard Colwell, Yuma County Recorder is a nominal defendant in these lawsuits. If the expected preliminary injunction is filed and granted in this case, then the status quo will have been preserved. If no such preliminary injunction is filed or granted by the court, Mr. Colwell will follow the law in upcoming elections.

William J. Kerekes
Chief Civil Deputy County Attorney
Yuma County Attorney's Office
250 W. 2nd Street, Suite G
Yuma, Arizona 85364
Telephone: (928) 817-4300
bill.kerekes@yumacountyaz.gov

---

**From:** John.Steinbach@lw.com <John.Steinbach@lw.com>
**Sent:** Wednesday, August 10, 2022 7:14 PM
**To:** Bill Kerekes <Bill.Kerekes@yumacountyaz.gov>
**Cc:** nshah@advancingjustice-aajc.org; tminnis@advancingjustice-aajc.org; Sadik.Huseny@lw.com; Amit.Makker@lw.com
**Subject:** Arizona H.B. 2492 and 2243

**CAUTION:** This email originated from outside Yuma County.
Do not click on links or open attachments unless you recognize the sender and know the contents are safe.

Mr. Kerekes,

We write in connection with various actions challenging Arizona laws H.B. 2492 and H.B. 2243 that have been related and are proceeding under Case No. 2:22-cv-00509-SMB in the District of Arizona. We understand you represent county recorder Richard Colwell, whose predecessor, Robyn S. Pouquette, has been named as a defendant in *Mi Familia Vota et al v. Hobbs et al.*, No. 2:22-cv-00509-SMB.

We represent current non-party Arizona Asian American Native Hawaiian and Pacific Island for Equity Coalition. We have issued a letter to the Arizona Secretary of State challenging the legality of H.B. 2492 and H.B. 2243, and given the stated position of Arizona state officials in the course of similar proceedings, expect we will be required to file a complaint in this matter to ensure there is no violation of law.

Prior to doing so, we would like to understand Mr. Colwell's position on various aspects of the two new laws—particularly the question of whether and when, in connection with the passage of H.B.

2243, Mr. Colwell is (1) currently implementing or planning to shortly implement any changes to their procedures or effectuate any new procedures or actions, and/or (2) planning any such changes/new procedures or actions upon the general effective date of bills passed during the Fifty-fifth Legislature (September 24, 2022).

We are concerned that there is some urgency to this matter, and would be grateful if you would respond by Friday, August 12. If you prefer, we are available to discuss these issues via telephone or video conference at any point, and at your convenience.

Many thanks in advance. We look forward to hearing from you.

Best,

----John

**John H. Steinbach**
**(*he/him/his*)**

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8069
Fax: +1.415.395.8095
Email: john.steinbach@lw.com
https://www.lw.com

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

# EXHIBIT 9

**From:** Steinbach, John (Bay Area)
**To:** jford@greenlee.az.gov
**Cc:** Niyati Shah; Terry Ao Minnis; Huseny, Sadik (Bay Area); Makker, Amit (Bay Area)
**Subject:** RE: Arizona H.B. 2492 and 2243
**Date:** Thursday, August 18, 2022 9:14:42 AM

Mr. Ford,

On August 16, 2022 a complaint challenging Arizona laws H.B. 2492 and H.B. 2243 was filed in the District of Arizona, naming county recorder Milheiro and others as a defendant. The case is *Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition v. Hobbs, et al.*, No. 22-cv-01381-JJT (D. Ariz.). As you know there are other cases related to challenging the same Arizona laws also pending in the District of Arizona, many of which have been consolidated in front of Judge Bolton; specifically case numbers 22-cv-509, 22-cv-519, 22-cv-1003, 22-cv-1124. We understand Ms. Milheiro did not oppose consolidation of those cases together after the first two were in front of Judge Bolton. As in those other cases, we ask whether Ms. Milheiro will confirm that they likewise do not oppose a motion by Plaintiff in our case to transfer and/or consolidate our case with the other four. Please let us know by close of business today if Ms. Milheiro opposes our forthcoming motion.

We also have not heard Ms. Milheiro's position on our email below. Please also let us know by close of business today whether and when, in connection with the passage of H.B. 2243, Ms. Milheiro is (1) currently implementing or planning to shortly implement any changes to their procedures or effectuate any new procedures or actions, and/or (2) planning any such changes/new procedures or actions upon the general effective date of bills passed during the Fifty-fifth Legislature (September 24, 2022).

Best,

----John

**John H. Steinbach**
(***he/him/his***)

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8069
Fax: +1.415.395.8095
Email: john.steinbach@lw.com
https://www.lw.com

**From:** Steinbach, John (Bay Area)
**Sent:** Wednesday, August 10, 2022 9:31 PM
**To:** 'jford@greenlee.az.gov' <jford@greenlee.az.gov>
**Cc:** 'Niyati Shah' <nshah@advancingjustice-aajc.org>; Terry Ao Minnis <tminnis@advancingjustice-aajc.org>; Huseny, Sadik (Bay Area) <Sadik.Huseny@lw.com>; Makker, Amit (Bay Area) <Amit.Makker@lw.com>
**Subject:** Arizona H.B. 2492 and 2243

Mr. Ford,

We write in connection with various actions challenging Arizona laws H.B. 2492 and H.B. 2243 that have been related and are proceeding under Case No. 2:22-cv-00509-SMB in the District of Arizona. We understand your office may represent county recorder Sharie Milheiro, who has been named as a defendant in *Mi Familia Vota et al. v. Hobbs et al.*, No. 2:22-cv-00509-SMB. If you do not represent Ms. Milheiro, please let us know how we can contact her or her representation.

We represent current non-party Arizona Asian American Native Hawaiian and Pacific Island for Equity Coalition. We have issued a letter to the Arizona Secretary of State challenging the legality of H.B. 2492 and H.B. 2243, and given the stated position of Arizona state officials in the course of similar proceedings, expect we will be required to file a complaint in this matter to ensure there is no violation of law.

Prior to doing so, we would like to understand Ms. Milheiro's position on various aspects of the two new laws—particularly the question of whether and when, in connection with the passage of H.B. 2243, Ms. Milheiro is (1) currently implementing or planning to shortly implement any changes to their procedures or effectuate any new procedures or actions, and/or (2) planning any such changes/new procedures or actions upon the general effective date of bills passed during the Fifty-fifth Legislature (September 24, 2022).

We are concerned that there is some urgency to this matter, and would be grateful if you would respond by Friday, August 12. If you prefer, we are available to discuss these issues via telephone or video conference at any point, and at your convenience.

Many thanks in advance. We look forward to hearing from you.

Best,

----John

**John H. Steinbach**
(***he/him/his***)

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8069
Fax: +1.415.395.8095
Email: john.steinbach@lw.com
https://www.lw.com

# EXHIBIT 10

**From:** Jeremy Ford
**To:** Steinbach, John (Bay Area)
**Subject:** Re: Arizona H.B. 2492 and 2243
**Date:** Thursday, August 18, 2022 2:43:48 PM

Mr. Steinbach,

We have taken the position that our recorder is a nominal defendant in these matters. Our commitment is to follow the law and court orders. Currently, the law is set to take effect on September 24, 2022. If a preliminary injunction is granted, we will follow the order. If not, we will have to follow Arizona law unless and until the court orders otherwise. As nominal defendants we have very little control over the process and are simply bound to follow Arizona law and court orders.

We have no objection to the consolidation of the cases. Thank you.

Jeremy Ford
Greenlee County Attorney's Office
(928) 865-4108
PO BOX 1717
Clifton, AZ 85534

---

**From:** John.Steinbach@lw.com <John.Steinbach@lw.com>
**Sent:** Thursday, August 18, 2022 9:14 AM
**To:** Jeremy Ford <jford@greenlee.az.gov>
**Cc:** nshah@advancingjustice-aajc.org <nshah@advancingjustice-aajc.org>; tminnis@advancingjustice-aajc.org <tminnis@advancingjustice-aajc.org>; Sadik.Huseny@lw.com <Sadik.Huseny@lw.com>; Amit.Makker@lw.com <Amit.Makker@lw.com>
**Subject:** RE: Arizona H.B. 2492 and 2243

**Caution:** This is an external email and may have suspicious subject or content. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department

Mr. Ford,

On August 16, 2022 a complaint challenging Arizona laws H.B. 2492 and H.B. 2243 was filed in the District of Arizona, naming county recorder Milheiro and others as a defendant. The case is *Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition v. Hobbs, et al.*, No. 22-cv-01381-JJT (D. Ariz.). As you know there are other cases related to challenging the same Arizona laws also pending in the District of Arizona, many of which have been consolidated in front of Judge Bolton; specifically case numbers 22-cv-509, 22-cv-519, 22-cv-1003, 22-cv-1124. We understand Ms. Milheiro did not oppose consolidation of those cases together after the first two were in front of Judge Bolton. As in those other cases, we ask whether Ms. Milheiro will confirm that they likewise do not oppose a motion by Plaintiff in our case to transfer and/or consolidate our case with the other four. Please let us know by close of business today if Ms. Milheiro opposes our forthcoming motion.

We also have not heard Ms. Milheiro's position on our email below. Please also let us know by close of business today whether and when, in connection with the passage of H.B. 2243, Ms. Milheiro is (1) currently implementing or planning to shortly implement any changes to their procedures or effectuate any new procedures or actions, and/or (2) planning any such changes/new procedures or actions upon the general effective date of bills passed during the Fifty-fifth Legislature (September 24, 2022).

Best,

----John

**John H. Steinbach**
**(*he/him/his*)**

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8069
Fax: +1.415.395.8095
Email: john.steinbach@lw.com
https://www.lw.com

---

**From:** Steinbach, John (Bay Area)
**Sent:** Wednesday, August 10, 2022 9:31 PM
**To:** 'jford@greenlee.az.gov' <jford@greenlee.az.gov>
**Cc:** 'Niyati Shah' <nshah@advancingjustice-aajc.org>; Terry Ao Minnis <tminnis@advancingjustice-aajc.org>; Huseny, Sadik (Bay Area) <Sadik.Huseny@lw.com>; Makker, Amit (Bay Area) <Amit.Makker@lw.com>
**Subject:** Arizona H.B. 2492 and 2243

Mr. Ford,

We write in connection with various actions challenging Arizona laws H.B. 2492 and H.B. 2243 that have been related and are proceeding under Case No. 2:22-cv-00509-SMB in the District of Arizona. We understand your office may represent county recorder Sharie Milheiro, who has been named as a defendant in *Mi Familia Vota et al. v. Hobbs et al.*, No. 2:22-cv-00509-SMB. If you do not represent Ms. Milheiro, please let us know how we can contact her or her representation.

We represent current non-party Arizona Asian American Native Hawaiian and Pacific Island for Equity Coalition. We have issued a letter to the Arizona Secretary of State challenging the legality of H.B. 2492 and H.B. 2243, and given the stated position of Arizona state officials in the course of similar proceedings, expect we will be required to file a complaint in this matter to ensure there is no violation of law.

Prior to doing so, we would like to understand Ms. Milheiro's position on various aspects of the two new laws—particularly the question of whether and when, in connection with the passage of H.B. 2243, Ms. Milheiro is (1) currently implementing or planning to shortly implement any changes to their procedures or effectuate any new procedures or actions, and/or (2) planning any such changes/new procedures or actions upon the general effective date of bills passed during the Fifty-fifth Legislature (September 24, 2022).

We are concerned that there is some urgency to this matter, and would be grateful if you would respond by Friday, August 12. If you prefer, we are available to discuss these issues via telephone or video conference at any point, and at your convenience.

Many thanks in advance. We look forward to hearing from you.

Best,

----John

**John H. Steinbach**
**(*he/him/his*)**

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8069
Fax: +1.415.395.8095
Email: john.steinbach@lw.com
https://www.lw.com

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.