LATHAM & WATKINS LLP
  Sadik Huseny (pro hac vice)
  *sadik.huseny@lw.com*
  Amit Makker (pro hac vice)
  *amit.makker@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

ASIAN AMERICANS ADVANCING
JUSTICE-AAJC
  Niyati Shah (pro hac vice)
  *nshah@advancingjustice-aajc.org*
  Terry Ao Minnis (pro hac vice)
  *tminnis@advancingjustice-aajc.org*
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 296-2300
Facsimile: (202) 296-2318

SPENCER FANE
  Andrew M. Federhar (No. 006567)
  *afederhar@spencerfane.com*
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 333-5430
Facsimile: (602) 333-5431

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Asian American Native Hawaiian And Pacific Islander For Equity Coalition, | Case No.: CV-22-01381-PHX-SRB |
| Plaintiff, | **STIPULATED ORDER REGARDING MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| Katie Hobbs, in her official capacity as Arizona Secretary of State; et al., | |
| Defendants. | |

**1.     PREAMBLE**

Plaintiff Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition ("**Plaintiff**") and Defendant Katie Hobbs, in her official capacity as Arizona Secretary of State; Defendant Mark Brnovich, in his official capacity as Arizona Attorney General; and the County Recorder Defendants, Apache County Recorder Larry Noble; Cochise County Recorder David W. Stevens; Coconino County Recorder Patty Hansen; Gila County Recorder Sadie Jo Bingham; Graham County Recorder Wendy John; Greenlee County Recorder Sharie Milheiro; La Paz County Recorder Richard Garcia; Maricopa County Recorder Stephen Richer; Mohave County Recorder Kristi Blair; Navajo County Recorder Michael Sample; Pima County Recorder Gabriella Cázares-Kelly; Pinal County Recorder Virginia Ross; Santa Cruz County Recorder Suzanne Sainz; Yavapai County Recorder Michelle M. Burchill; and Yuma County Recorder Richard Colwell, in their official capacities, (collectively, "**Defendants**") hereby stipulate and agree to, and request the Court order, as follows with respect to Plaintiff's pending Motion for Preliminary Injunction ("**Motion**"), ECF No. 32:

**2.     PREMISES**

WHEREAS, Plaintiff filed its Complaint on August 16, 2022, ECF No. 1, and has effectuated service on all Defendants, ECF Nos. 15-31;

WHEREAS, Plaintiff alleges, among other things, that Arizona House Bill 2243 ("H.B. 2243") is in contravention of the U.S. Constitution and the National Voter Registration Act ("NVRA");

WHEREAS, the time for each Defendant to file a responsive pleading to Plaintiff's Complaint has not yet come to pass;

WHEREAS, on August 25, 2022, Plaintiff filed its Motion and requested an expedited hearing date, asserting among other things that H.B. 2243 is a voter purge bill targeted at voters of color and naturalized voters, with sweeping near-term effects on the upcoming November election;

1   WHEREAS, Plaintiff also asserted in its Motion that it had asked the Defendants

2   their positions on H.B. 2243 in an effort to avoid motion practice, but that the positions

3   were not uniform, and that Plaintiff believed a preliminary injunction was therefore

4   necessary to preserve the status quo and protect the right to vote by all citizens in Arizona—

5   whatever their race, country of origin, or path taken to citizenship;

6   WHEREAS, on August 30, 2022, the Court set a hearing date of September 8, 2022

7   and ordered that Defendants file any oppositions to Plaintiff's Motion for Preliminary

8   Injunction by September 6, 2022 (ECF No. 38);

9   WHEREAS, the parties have engaged in discussions regarding the possibility of

10   resolving certain aspects of Plaintiff's Motion—namely, resolving Plaintiff's allegations

11   and assertions regarding imminent harm related to the upcoming November 8, 2022

12   election—while deferring for the time being resolution of other aspects of Plaintiff's

13   Motion as to which the parties have differing views (namely, whether H.B. 2243 comports

14   with constitutional or federal law, Plaintiff's likelihood of success on the merits, or the

15   appropriate full length of a preliminary injunction), and have reached agreement to so

16   proceed;

17   WHEREAS, specifically, the parties agree that the provisions of H.B. 2243 should

18   not operate in a manner that would prevent any voter from (1) voting in the upcoming

19   November 2022 general election or (2) having their vote be counted;

20   WHEREAS, the Secretary of State and Attorney General further agree that the H.B.

21   2243's amendments to A.R.S. § 16-165 are not effective until January 1, 2023 because the

22   bill's language provides that it "AMEND[S] SECTION 16-165, ARIZONA REVISED

23   STATUTES, AS AMENDED BY LAWS 2022, CHAPTER 99, SECTION 8," and the

24   latter law is not effective until January 1, 2023;

25   WHEREAS, the County Recorder Defendants agree and will abide by the Secretary

26   of State and the Attorney General's interpretation of the effective date of H.B. 2243's

27   amendments to A.R.S. § 16-165, as set forth above.

28

**3.     STIPULATED ORDER REGARDING MOTION FOR PRELIMINARY INJUNCTION**

NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE AND REQUEST THE COURT ORDER AS FOLLOWS:

1.   No Defendant (including their officers, agents, employees, and all other persons in active concert or participation with them) shall take any action to implement or enforce H.B. 2243 in a manner that would remove any voter's eligibility to vote in the 2022 general election or disqualify any otherwise-valid ballot on the basis of H.B. 2243.

2.   No Defendant (including their officers, agents, employees, and all other persons in active concert or participation with them) shall take any action to implement  or enforce H.B. 2243's amendments to A.R.S. § 16-165 (e.g., as set forth in H.B. 2243, particular database reviews/investigations, distribution of letters, cancellation of voters' registrations, referral for criminal investigation) before January 1, 2023.

3.   Plaintiff's Motion for Preliminary Injunction (ECF No. 32) is resolved by this Stipulated Order.

4.   Nothing in this Stipulated Order shall constitute or be construed to constitute an admission of any wrongdoing or liability by Defendants or an admission by Defendants of the truth of any allegations or the validity of any claim asserted in this case.

5.   Nothing in this Stipulated Order shall constitute or be construed to constitute a concession, prohibition, or limitation on Plaintiff's claims or assertions in this case or ability to bring a subsequent motion for injunctive relief regarding H.B. 2243 or to modify this order in any respect, including as to the overall length of any injunction prohibiting implementation or enforcement of H.B. 2243.

1    Dated:  September 8, 2022                    Respectfully submitted,

2                                                 By  */s/ Amit Makker*
3                                                 LATHAM & WATKINS LLP
                                                  Sadik Huseny (*pro hac vice*)
                                                  Amit Makker (*pro hac vice*)
4                                                 505 Montgomery Street, Suite 2000
                                                  San Francisco, CA 94111-6538
5                                                 Telephone: (415) 391-0600
                                                  Facsimile: (415) 395-8095
6
                                                  ASIAN AMERICANS ADVANCING
7                                                 JUSTICE-AAJC
                                                  Niyati Shah (*pro hac vice*)
8                                                 Terry Ao Minnis (*pro hac vice*)
                                                  1620 L Street NW, Suite 1050
9                                                 Washington, DC 20036
                                                  Telephone: (202) 296-2300
10                                                Facsimile: (202) 296-2318

11                                                SPENCER FANE
                                                  Andrew M. Federhar (No. 006567)
12                                                2415 East Camelback Road, Suite 600
                                                  Phoenix, AZ 85016
13                                                Telephone: (602) 333-5430
                                                  Facsimile: (602) 333-5431
14
                                                  *Attorneys for Plaintiff*
15

16   Dated:  September 8, 2022                    Respectfully submitted,

17                                                By  */s/ D. Andrew Gaona (w/ permission)*
                                                  Coppersmith Brockelman PLC
18                                                D. Andrew Gaona
                                                  Kristen Michelle Yost
19                                                2800 N. Central Ave., Ste. 1900
                                                  Phoenix, AZ 85004
20
                                                  States United Democracy Center –
21                                                Tempe AZ
                                                  Sambo Dul
22                                                8205 S. Priest Dr., Ste. #10312
                                                  Tempe, AZ 85284
23
                                                  *Attorneys for Defendant Secretary of*
24                                                *State Katie Hobbs*

25   Dated:  September 8, 2022                    Respectfully submitted,
26
27                                                By  */s/ Drew Ensign (w/ permission)*
                                                  Brunn Wall Roysden, III
28                                                Drew Curtis Ensign
                                                  Office of the Attorney General – Phoenix

1    Phoenix, AZ 85004-1592

2    *Attorneys for Defendant Attorney*
     *General Mark Brnovich*

3

4    Dated:  September 8, 2022    Respectfully submitted,

5    By  */s/ Celeste Robertson (w/ permission)*
     Apache County Attorney's Office
6    Celeste Robertson
     245 West 1st South
7    St. Johns, AZ 85936

8    *Attorney for Defendant Apache County*
     *Recorder Larry Noble*

9

10   Dated:  September 8, 2022    Respectfully submitted,

11   By  */s/ Christine J. Roberts (w/permission)*
     Cochise County Attorney's Office
12   Christine J. Roberts
     Paul Correa
13   P.O. Drawer CA
     Bisbee, Arizona 85603

14

15   *Attorneys for Defendant Cochise County*
     *Recorder David W. Stevens*

16   Dated:  September 8, 2022    Respectfully submitted,

17

18   By  */s/ Rose Winkeler (w/ permission)*
     FLAGSTAFF LAW GROUP
     Rose Winkeler
19   702 North Beaver Street
     Flagstaff, Arizona 86001
20   (928) 233-6800

21   *Attorney for Defendant Coconino County*
     *Recorder Patty Hansen*

22

23   Dated:  September 8, 2022    Respectfully submitted,

24   By  */s/ Jefferson R. Dalton (w/ permission)*
     Jefferson R. Dalton
25   Deputy County Attorney
     Office of the Gila County Attorney
26   1400 E. Ash St.
     Globe, AZ 85501
27   (928) 425-8630

28

|   |   |   |
|---|---|---|
| 1 |   | *Attorney for Defendant Gila County* |
|   |   | *Recorder Sadie Jo Bingham* |
| 2 |   |   |
| 3 | Dated:  September 8, 2022 | Respectfully submitted, |

By  */s/ Jean A. Roof (w/ permission)*
Graham County Attorney's Office
Jean A. Roof
800 Main Street
Safford, Arizona 85546

*Attorney for Defendant Graham County*
*Recorder Wendy John*

Dated:  September 8, 2022          Respectfully submitted,

By  */s/ Jeremy Ford (w/ permission)*
Greenlee County Attorney's Office
Jeremy Ford
P.O. Box 1717
Clifton, Arizona 85534

*Attorney for Defendant Greenlee County*
*Recorder Sharie Milheiro*

Dated:  September 8, 2022          Respectfully submitted,

By  */s/ Laura Roubicek (w/ permission)*
Santa Cruz County Attorney's Office
Kimberly J. Hunley
Laura L. Roubicek
2150 N. Congress Drive, Suite 201
Nogales, Arizona 85621

La Paz County Attorney's Office
Jason Mitchell
1320 Kofa Avenue
Parker, Arizona 85344

*Attorneys for Defendant La Paz County*
*Recorder Richard Garcia*

Dated:  September 8, 2022          Respectfully submitted,

By  */s/ Anna G. Critz (w/ permission)*
Maricopa County Attorney's Office
Anna G. Critz
Joseph E. La Rue
225 West Madison Street
Phoenix, Arizona 85003
(602) 506-8541

1
2
      *Attorney for Defendant Maricopa County*
      *Recorder Stephen Richer*

3
Dated:  September 8, 2022      Respectfully submitted,

4
      By  */s/ Ryan H. Esplin (w/ permission)*

5
      Mohave County Attorney's Office
      Ryan H. Esplin

6
      Mohave County Attorney Office – Civil
      Division

7
      P.O. Box 7000
      Kingman, Arizona 86402-7000

8
      *Attorney for Defendant Mohave County*

9
      *Recorder Kristi Blair*

10
Dated:  September 8, 2022      Respectfully submitted,

11
      By  */s/ Jason S. Moore (w/ permission)*

12
      Navajo County Attorney's Office
      Jason S Moore

13
      P.O. Box 668
      Holbrook, Arizona 86025

14
      *Attorney for Defendant Navajo County*

15
      *Recorder Michael Sample*

16
Dated:  September 8, 2022      Respectfully submitted,

17
      By  */s/ Daniel Jurkowitz (w/ permission)*

18
      Pima County Attorney's Office
      Daniel Jurkowitz

19
      Pima County Attorney's Office, Civil
      Division

20
      32 N. Stone #2100
      Tucson, Arizona 85701

21
      *Attorney for Defendant Pima County*

22
      *Recorder Gabriella Cázares-Kelly*

23
Dated:  September 8, 2022      Respectfully submitted,

24
      By  */s/ Craig Cameron (w/ permission)*

25
      Pinal County Attorney's Office
      Craig Cameron

26
      P.O. Box 887
      Florence, Arizona 85132

27
      *Attorney for Defendant Pinal County*

28
      *Recorder Virginia Ross*

1

2   Dated:  September 8, 2022                    Respectfully submitted,

3                                               By  */s/ Kimberly J. Hunley (w/ permission)*
                                                Santa Cruz County Attorney's Office
4                                               Kimberly J. Hunley
                                                Laura L. Roubicek
5                                               2150 N. Congress Drive, Suite 201
                                                Nogales, Arizona 85621
6
                                                *Attorneys for Defendant Santa Cruz*
7                                               *County Recorder Suzanna Sainz*

8
    Dated:  September 8, 2022                    Respectfully submitted,
9
                                                By  */s/ Colleen Connor (w/ permission)*
10                                              M. Colleen Connor
                                                Deputy Yavapai County Attorney
11                                              255 E. Gurley Street, 3rd Floor
                                                Prescott, Arizona 86301
12
                                                *Attorney for Defendant Yavapai County*
13                                              *Recorder Michelle M. Burchill*

14
    Dated:  September 8, 2022                    Respectfully submitted,
15
                                                By  */s/ Minda M. Davy (w/ permission)*
16                                              Yuma County Attorney's Office
                                                William J. Kerekes
17                                              Minda M. Davy
                                                250 W. 2nd Street, Suite G
18                                              Yuma, Arizona 85364

19                                              *Attorneys for Defendant Yuma County*
                                                *Recorder Richard Colwell*
20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September, 2022, I caused the foregoing to be filed and served electronically via the Court's CM/ECF system upon counsel of record.  For parties whose counsel have not yet entered an appearance, copies of this motion have bene served via electronic mail and/or mail.

David Andrew Gaona
Kristen Michelle Yost
Coppersmith Brockelman PLC
2800 N. Central Ave., Ste. 1900
Phoenix, AZ 85004
agaona@cblawyers.com
kyost@cblawyers.com

Sambo Dul
States United Democracy Center – Tempe, AZ
8205 S. Priest Dr., Ste. #10312
Tempe, AZ 85284
bo@statesuniteddemocracy.org

*Counsel for Defendant Secretary of State Katie Hobbs*

Brunn Wall Roysden, III
Drew Curtis Ensign
Office of the Attorney General – Phoenix
Phoenix, AZ 85004-1592
beau.roysden@azag.gov
drew.ensign@azag.gov

*Counsel for Defendant Arizona Attorney General Mark Brnovich*

Apache County Recorder Larry Noble
Apache County Recorder's Office
75 West Cleveland St.
P.O. Box 425
St. Johns, AZ 85936

Celeste M Robertson
crobertson@apachelaw.net

1    *Counsel for Defendant Apache County Recorder Larry Noble*

2

3    Cochise County Recorder David W. Stevens
     Cochise County Recorder's Office
     1415 Melody Lane
4    Building B
     Bisbee, AZ 85603

5

6    Paul Correa
     pcorrea@cochise.az.gov
7    Christine Roberts
     croberts@cochise.az.gov
8    Dawn Gonzales
     dgonzales@cochise.az.gov
9

10   *Counsel for Defendant Cochise County Recorder David W. Stevens*

11

12   Rose Winkeler
13   FLAGSTAFF LAW GROUP
     702 North Beaver Street
14   Flagstaff, Arizona 86001
     (928) 233-6800
15   rose@flaglawgroup.com

16

17   *Counsel for Defendant Coconino County Recorder Patty Hansen*

18   Jefferson R. Dalton
     Deputy County Attorney
19   1400 E. Ash St.
     Globe, AZ 85501
20   (928) 425-8630
21   jdalton@gilacountyaz.gov

22   *Counsel for Defendant Gila County Recorder Sadie Jo Bingham*

23

24   Graham County Recorder Wendy John
     Graham County Recorder's Office
25   921 Thatcher Boulevard
     2nd Floor
26   Safford, AZ 85546

27   Jean Ann Roof
28   jroof@graham.az.gov

1

2
    *Counsel for Defendant Graham County Recorder Wendy John*

3
    Greenlee County Recorder Sharie Milheiro
    Greenlee County Recorder's Office
4
    253 Fifth St.
5
    P.O. Box 1625
    Clifton, AZ 85533
6

7
    Jeremy Ford
    jford@greenlee.az.gov
8

9
    *Counsel for Defendant Greenlee County Recorder Sharie Milheiro*

10
    La Paz County Recorder Richard Garcia
    La Paz County Recorder's Office
11
    1112 Joshua Avenue
12
    #201
    Parker, AZ 85344
13

14
    Laura Roubicek
    lroubicek@santacruzcountyaz.gov
15
    Kimberly Hunley
    khunley@santacruzcountyaz.gov
16
    Jason Mitchell
    jmitchell@lapazcountyaz.org
17

18
    *Counsel for Defendant La Paz County Recorder Richard Garcia*

19
    Anna G. Critz
20
    Joseph E. La Rue
    MARICOPA COUNTY ATTORNEY'S OFFICE
21
    CIVIL SERVICES DIVISION
22
    225 West Madison Street
    Phoenix, Arizona 85003
23
    (602) 506-8541
    critza@mcao.maricopa.gov
24
    laruej@mcao.maricopa.gov
    ca-civilmailbox@mcao.maricopa.gov
25

26
    *Counsel for Defendant Maricopa County Recorder Stephen Richer*

27
    Mohave County Recorder Kristi Blair
28
    Mohave County Recorder's Office

700 W. Beale Street
Kingman, AZ 86401

Ryan Esplin
esplir@mohave.gov

*Counsel for Defendant Mohave County Recorder Kristi Blair*

Jason S Moore
Deputy County Attorney
P.O Box 668
Holbrook, AZ 86025
(928) 521-4307
jason.moore@navajocountyaz.gov

*Counsel for Defendant Navajo County Recorder Michael Sample*

Pima County Recorder Gabriella Cázares-Kelly
Pima County Recorder's Office
240 N Stone Avenue
Tucson, AZ 85701

Daniel S Jurkowitz
Daniel.Jurkowitz@pcao.pima.gov

*Counsel for Defendant Pima County Recorder Gabriella Cázares-Kelly*

Pinal County Recorder Virginia Ross
Pinal County Recorder's Office
31 N Pinal Street
Building E
Florence, AZ 85132

Craig Charles Cameron
craig.cameron@pinal.gov

*Counsel for Defendant Pinal County Recorder Virginia Ross*

Santa Cruz County Recorder Suzanne Sainz
Santa Cruz County Recorder's Office
2150 N. Congress Drive
Suite 101
Nogales, AZ 85621

1

2         James J D'Antonio
         jdantonio@santacruzcountyaz.gov

3         Kimberly Janiece Hunley
         khunley@santacruzcountyaz.gov

4         Laura Roubicek
         lroubicek@santacruzcountyaz.gov

5

6         *Counsel for Defendant Santa Cruz County Recorder Suzanne Sainz*

7         Yavapai County Recorder Michelle M. Burchill

8         Yavapai County Recorder's Office
         1015 Fair Street

9         Prescott, AZ 86305

10

11        M Colleen Connor
         colleen.connor@yavapaiaz.gov

12        Thomas M Stoxen
         thomas.stoxen@yavapaiaz.gov

13

14        *Counsel for Defendant Yavapai County Recorder Michelle M.*
         *Burchill*

15

16        William J Kerekes
         Minda M. Davy

17        Office of the Yuma County Attorney
         250 West Second Street, Suite G

18        Yuma, Arizona 85364
         bill.kerekes@yumacountyaz.gov

19        minda.davy@yumacountyaz.gov
         YCAttyCivil@yumacountyaz.gov

20

21        *Counsel for Defendant Yuma County Recorder Richard Colwell*

22                                 */s/ Amit Makker*

23                                   Amit Makker

24

25

26

27

28