1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Arizona Asian American Native Hawaiian
And Pacific Islander For Equity Coalition,

Plaintiff,

v.

Katie Hobbs, in her official capacity as
Arizona Secretary of State; et al.,

Defendants.

Case No.: CV-22-01381-PHX-SRB

**ORDER**

Upon consideration of the parties' Stipulated Order Regarding Motion for Preliminary Injunction (Doc. 53) and the parties' agreements therein, THE COURT ORDERS AS FOLLOWS:

IT IS ORDERED that no Defendant (including their officers, agents, employees, and all other persons in active concert or participation with them) shall take any action to implement or enforce H.B. 2243 in a manner that would remove any voter's eligibility to vote in the 2022 general election or disqualify any otherwise-valid ballot on the basis of H.B. 2243.

IT IS FURTHER ORDERED that no Defendant (including their officers, agents, employees, and all other persons in active concert or participation with them) shall take any action to implement  or enforce H.B. 2243's amendments to A.R.S. § 16-165 (e.g., as set forth in H.B. 2243, particular database reviews/investigations, distribution of letters,

1   cancellation of voters' registrations, referral for criminal investigation) before January 1,
2   2023.

3          IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction
4   (Doc. 32) is resolved by this Order.

5          IT IS FURTHER ORDERED that nothing in this Order shall constitute or be
6   construed to constitute an admission of any wrongdoing or liability by Defendants or an
7   admission by Defendants of the truth of any allegations or the validity of any claim
8   asserted in this case.

9          IT IS FURTHER ORDERED nothing in this Order shall constitute or be construed
10  to constitute a concession, prohibition, or limitation on Plaintiff's claims or assertions in
11  this case or ability to bring a subsequent motion for injunctive relief regarding H.B. 2243
12  or to modify this order in any respect, including as to the overall length of any injunction
13  prohibiting implementation or enforcement of H.B. 2243.

14

15          Dated this 8th day of September, 2022.

16

17

18          _____
19                    Susan R. Bolton
20             United States District Judge

21

22

23

24

25

26

27

28