**MATTHEW J. SMITH**
**MOHAVE COUNTY ATTORNEY**
**CIVIL DIVISION**
Ryan H. Esplin, No. 029235
Chief Deputy County Attorney
P.O. Box 7000
Kingman, AZ 86402
Telephone: 928-753-0770, Fax. No.: 928-753-4290
EspliR@mohave.gov    CAOCivil.court@mohave.gov
*Attorneys for Defendant Mohave County Recorder*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Asian American Native Hawaiian and Pacific Islander For Equity Coalition,<br><br>Plaintiff,<br><br>vs.<br><br>Katie Hobbs et al.,<br><br>Defendants. | **No. CV-22-01381-PHX-SRB**<br>(Related Cases:<br>2:22-CV-00509-SRB;<br>2:22-CV-01003-SRB;<br>2:22-CV-01124-SRB;<br>2:22-CV-01369-SRB<br>2:22-CV-01602-SRB)<br><br>**DEFENDANT MOHAVE COUNTY RECORDER KRISTI BLAIR'S JOINDER IN DEFEDANT MARICOPA COUNTY RECORDER STEPHEN RICHER'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant Mohave County Recorder Kristi Blair joins in the Answer filed by Maricopa County Recorder Stephen Richer. (Doc. 75).

RESPECTFULLY SUBMITTED October 14, 2022.

MATTHEW J. SMITH
MOHAVE COUNTY ATTORNEY

By: /s/ *Ryan H. Esplin*_____
 Ryan H. Esplin
 Chief Deputy County Attorney

Case 2:22-cv-01381-SRB   Document 76   Filed 10/14/22   Page 3 of 8

*Arizona Asian American Native Hawaiian*
*and Pacific Islander For Equity Coalition v. Hobbs, et al.*
*CV-22-01381-PHX-SRB*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all parties who have appeared are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing:

*Attorneys for Plaintiff:*

Sadik Huseny (pro hac vice)
sadik.huseny@lw.com
Amit Makker (pro hac vice)
amit.makker@lw.com
John Steinbach
john.steinbach@lw.com (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

Niyati Shah (pro hac vice forthcoming)
nshah@advancingjustice-aajc.org
Terry Ao Minnis (pro hac vice forthcoming)
tminnis@advancingjustice-aajc.org
ASIAN AMERICANS ADVANCING JUSTICE-AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036

Andrew M. Federhar (No. 006567)
afederhar@spencerfane.com
SPENCER FANE
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016

Case 2:22-cv-01381-SRB   Document 76   Filed 10/14/22   Page 4 of 8

*Arizona Asian American Native Hawaiian*
*and Pacific Islander For Equity Coalition v. Hobbs, et al.*
*CV-22-01381-PHX-SRB*

*Attorneys for Defendants*:

David Andrew Gaona
Kristen Michelle Yost
Coppersmith Brockelman PLC
2800 N. Central Ave., Ste. 1900
Phoenix, AZ 85004
agaona@cblawyers.com
kyost@cblawyers.com

Sambo Dul
States United Democracy Center – Tempe, AZ
8205 S. Priest Dr., Ste. #10312
Tempe, AZ 85284
bo@statesuniteddemocracy.org

Christine Bass
States United Democracy Center – Los Angeles, CA
506 S. Spring St., Ste. 13308
Los Angeles, CA 90013
christinebass@statesuniteddemocracy.org
*Counsel for Defendant Secretary of State Katie Hobbs*

Brunn Wall Roysden, III
Drew Curtis Ensign
Office of the Attorney General – Phoenix
Phoenix, AZ 85004-1592
beau.roysden@azag.gov
drew.ensign@azag.gov
*Counsel for Defendant Arizona Attorney General Mark Brnovich*

Apache County Recorder Larry Noble
Apache County Recorder's Office
75 West Cleveland St.
P.O. Box 425
St. Johns, AZ 85936

Celeste M Robertson
crobertson@apachelaw.net
*Counsel for Defendant Apache County Recorder Larry Noble*

*Arizona Asian American Native Hawaiian
and Pacific Islander For Equity Coalition v. Hobbs, et al.
CV-22-01381-PHX-SRB*

Cochise County Recorder David W. Stevens
Cochise County Recorder's Office
1415 Melody Lane,  Building B
Bisbee, AZ 85603

Christine Joyce Roberts
croberts@cochise.az.gov
*Counsel for Defendant Cochise County Recorder David W. Stevens*

Coconino County Recorder Patty Hansen
Coconino County Recorder's Office
110 E. Cherry Ave.
Flagstaff, AZ 86001

Rose Marie Winkeler
Flagstaff Law Group
702 N Beaver St.
Flagstaff, AZ 86001
928-233-6800
rose@flaglawgroup.com
*Counsel for Defendant Coconino County Recorder Patty Hansen*

Gila County Recorder Sadie Jo Bingham
Gila County Recorder's Office  - Globe Main Office
Gila County Courthouse
1400 E Ash St.
Globe, AZ 85501

Brad Beauchamp
bbeauchamp@gilacountyaz.gov
*Counsel for Defendant Gila County Recorder Sadie Jo Bingham*

Graham County Recorder Wendy John
Graham County Recorder's Office
921 Thatcher Boulevard, 2nd Floor
Safford, AZ 85546

Jean Ann Roof
jroof@graham.az.gov
*Counsel for Defendant Graham County Recorder Wendy John*

*Arizona Asian American Native Hawaiian
and Pacific Islander For Equity Coalition v. Hobbs, et al.
CV-22-01381-PHX-SRB*

Greenlee County Recorder Sharie Milheiro
Greenlee County Recorder's Office
253 Fifth St.  P.O. Box 1625
Clifton, AZ 85533

Jeremy Ford
jford@greenlee.az.gov
*Counsel for Defendant Greenlee County Recorder Sharie Milheiro*

La Paz County Recorder Richard Garcia
La Paz County Recorder's Office
1112 Joshua Avenue  #201
Parker, AZ 85344

Jason Mitchell* (Notice of Appearance forthcoming)
jmitchell@lapazcountyaz.org
*Counsel for Defendant La Paz County Recorder Richard Garcia*

Maricopa County Recorder Stephen Richer
Maricopa County Recorder's Office
111 S. Third Ave.
Phoenix, AZ 85003

Anna Griffin Critz
critza@mcao.maricopa.gov
Jack L O'Connor , III
oconnorj@mcao.maricopa.gov
Joseph Eugene LaRue
laruej@mcao.maricopa.gov
*Counsel for Defendant Maricopa County Recorder Stephen Richer*

Mohave County Recorder Kristi Blair
Mohave County Recorder's Office
700 W. Beale Street
Kingman, AZ 86401

Laura Roubicek
Lroubicek@santacruzcountyaz.gov
*Counsel for Defendant Santa Cruz County Recorder Suzanne Sainz*

Case 2:22-cv-01381-SRB   Document 76   Filed 10/14/22   Page 7 of 8

*Arizona Asian American Native Hawaiian*
*and Pacific Islander For Equity Coalition v. Hobbs, et al.*
*CV-22-01381-PHX-SRB*

Navajo County Recorder Michael Sample
Navajo County Recorder's Office
Holbrook Main Complex
100 East Code Talkers Drive
Holbrook, AZ 86025

Jason Moore
Jason.Moore@navajocountyaz.gov
*Counsel for Defendant Navajo County Recorder Michael Sample*

Pima County Recorder Gabriella Cázares-Kelly
Pima County Recorder's Office
240 N Stone Avenue
Tucson, AZ 85701

Daniel S Jurkowitz  Daniel.Jurkowitz@pcao.pima.gov
*Counsel for Defendant Pima County Recorder Gabriella Cázares-Kelly*

Pinal County Recorder Dana Lewis
Pinal County Recorder's Office
31 N Pinal Street,  Building E
Florence, AZ 85132

Craig Charles Cameron
craig.cameron@pinal.gov
*Counsel for Defendant Pinal County Recorder Virginia Ross*

Santa Cruz County Recorder Suzanne Sainz
Santa Cruz County Recorder's Office
2150 N. Congress Drive  Suite 101
Nogales, AZ 85621

Kimberly J. Hunley
khunley@santacruzcountyaz.gov
Laura Roubicek
lroubicek@santacruzcountyaz.gov
*Counsel for Defendant Santa Cruz County Recorder Suzanne Sainz*
*(Temporary Counsel for Defendant La Paz County Recorder Richard Garcia)*

Case 2:22-cv-01381-SRB   Document 76   Filed 10/14/22   Page 8 of 8

*Arizona Asian American Native Hawaiian*
*and Pacific Islander For Equity Coalition v. Hobbs, et al.*
*CV-22-01381-PHX-SRB*

Yavapai County Recorder Michelle M. Burchill
Yavapai County Recorder's Office
1015 Fair Street
Prescott, AZ 86305

M Colleen Connor
colleen.connor@yavapaiaz.gov
Thomas M Stoxen
thomas.stoxen@yavapaiaz.gov
*Counsel for Defendant Yavapai County Recorder Michelle M. Burchill*

Yuma County Recorder Richard Colwell
Yuma County Recorder's Office
102 S. Main Street
Yuma, AZ 85364

William J Kerekes
bill.kerekes@yumacountyaz.gov
*Counsel for Defendant Yuma County Recorder Richard Colwell*

By: */s/ Ryan H. Esplin*